IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL B. WILSON,

    Plaintiff,                No. CIV S-04-0464 LKK GGH P

    vs.

MARK IWASA, et al.,

    Defendants.    <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 30, 2006, the court granted plaintiff's motion pursuant to Fed. R. Civ. P. 60(b) for relief from judgment and reopened plaintiff's case. Plaintiff was directed to file a second amended complaint within thirty (30) days of that order.

        On March 30, 2006, the magistrate judge issued findings and recommendations recommending that this action be dismissed because plaintiff failed to file a second amended complaint or otherwise responded to the court's order.

        On April 17, 2006, plaintiff filed objections to these findings and recommendations, claiming that he had not received the January 30, 2006 order, and thus, failed to file the second

1  amended complaint within thirty (30) days of that order.

2  Although the court has reviewed the docket and it appears that the January 30, 2006 order
3  was served on plaintiff, the court provides plaintiff one final opportunity to file his second
4  amended complaint.  Accordingly, Plaintiff is directed to file his second amended complaint
5  within thirty (30) days of this order.  Failure to do so will result in dismissal of the above-
6  captioned case.

7  IT IS SO ORDERED.

8  DATED: July 25, 2006.

_____
UNITED STATES DISTRICT JUDGE