IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL B. WILSON,

    Plaintiff,                             No. CIV S-04-0464 LKK GGH P

    vs.

MARK IWASA, et al.,                 ORDER

    Defendants.

_____/

        On July 26, 2006, plaintiff was granted one final opportunity to file his second amended complaint. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Accordingly, this action is dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: December 12, 2006.

/s/ LAWRENCE K. KARLTON
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1